**Order entered February 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01312-CV

### CHAN PAK, Appellant

### V.

### AD VILLARAI, LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06030**

## ORDER

We **GRANT** the January 30, 2015 second motion of David Langford, Official Court Reporter for the 44th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed by **MARCH 2, 2015**.

/s/     ELIZABETH LANG-MIERS
            JUSTICE